David Abrams, Attorney at Law
305 Broadway Suite 601, New York, New York 10007
P.O. Box 3353, Church Street Station, New York, New York 10008
Tel. 212-897-5821 Fax 212-897-5811

March 30, 2021



To:   Hon. Katherine Polk Failla
      United States District Court
      Southern District of New York
      40 Foley Square
      New York, New York 10007

Re:   Castillo v. International Proactive Security, Case No. 20 cv 3200 (KPF)

Dear Judge Failla:

   I represent the Plaintiff in the above-referenced matter. Pursuant to Your Honor's individual practices, I respectfully request that the conference scheduled for April 14, 2021 at 10:00am be rescheduled. The reason for this request is that I have a conference scheduled for the same date and time in the case of *Xue v. Koenig*, Case No. 19 cv 7630 (NSR). Defendant's counsel has advised me that he does not oppose this request.

                                        Respectfully yours,

                                        /s/ David Abrams

                                        David Abrams

cc:   Defendant's Counsel                (by ECF)


Application GRANTED.  The conference scheduled for April 14,
2021, is ADJOURNED to **April 28, 2021, at 3:00 p.m.**


Dated:  April 1, 2021            SO ORDERED.
        New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE