UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANALISSE CASTILLO,<br><br>      Plaintiff,<br><br>    -v.-<br><br>INTERNATIONAL PROACTIVE SECURITY INC.,<br><br>      Defendant. | 20 Civ. 3200 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The pretrial conference scheduled in this matter for April 28, 2021, at 3:00 p.m. will proceed telephonically. At the designated date and time, the parties shall call (888) 363-4749 and enter access code 5123533#. Please note, the conference line will not be available prior to 3:00 p.m.

  SO ORDERED.

Dated: April 21, 2021
     New York, New York

                     KATHERINE POLK FAILLA
                     United States District Judge